UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MATTHEW THRASH**, on behalf
of himself and all employees
similarly situated,

    Plaintiff,

vs.                                                         CASE NO: 4:19-cv-38-MW-MJF

**TADLOCK ROOFING, INC.,**
**f/k/a DALE TADLOCK ROOFING, INC.**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Pursuant to N.D. Fla. Loc. R. 16.2(A)(1), the Plaintiffs hereby give notice of the settlement of the underlying dispute regarding the payment of overtime under the Fair Labor Standards Act ("FLSA"). The parties have not resolved the issue of the amount of Plaintiffs' fees and costs to be paid by the Defendant. The parties have agreed to allow Plaintiffs' counsel file a petition for fees and costs with the court to resolve these issues if they are unable to amicably resolve these issues.

The parties will file a Joint Motion for Approval of Settlement pursuant to Lynn's Food Stores, Inc., v. United States, 679 F.2d 1350 (11th Cir. 1982) within 45 days of this Notice. If for any reason the parties need additional time to file the Joint Motion for Approval of Settlement, they will notify the Court.

Dated October 8, 2020.

      s/Sean Culliton
      SEAN CULLITON
      FBN: 0986232
      Sean Culliton, Esq., LLC
      285 Pinewood Drive
      Tallahassee, FL 32303
      Phone: (850) 385-9455
      Facsimile: (813) 441-1999
      E-mail: sean@seancullitonlaw.com

      s/John C. Davis
      JOHN C. DAVIS
      FBN: 0827770
      Law Office of John C. Davis
      623 Beard Street
      Tallahassee, FL 32303
      (850) 222-4700
      (850) 222-3119 (fax)
      john@johndavislaw.net

      Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 8, 2020, the foregoing has been filed with the court via the CM/ECF system which sends this document via email to Benjamin Briggs, Esq. (bbriggs@cotneycl.com) and Trenton Cotney, Esq. (tcotney@cotneycl.com) Attorneys for Defendant.

      /s/ Sean Culliton
      SEAN CULLITON