UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No. 4:19cv38-MW/MJF

MATTHEW THRASH, on behalf
of himself and all employees
similarly situated.,

    Plaintiff,

v

TADLOCK ROOFINGS, INC.,
f/k/a DALE TADLOCK ROOFING,
INC.,

    Defendant.

## JUDGMENT

The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                        JESSICA J. LYUBLANOVITS
                        CLERK OF COURT

November 12, 2020           s/Ronnell Barker
DATE                             Deputy Clerk: Ronnell Barker