UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MATTHEW THRASH**, on behalf
of himself and all employees
similarly situated,

    Plaintiff,

vs.                                    CASE NO: 4:19-cv-38-MW-MJF

**TADLOCK ROOFING, INC.,**
**f/k/a DALE TADLOCK ROOFING, INC.**

    Defendant.
_____/

## NOTICE OF RESOLUTION OF PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES

Pursuant to N.D. Fla. Loc. R. 16.2(A)(3), the Plaintiffs hereby give notice of the resolution of the outstanding issues of attorney's fees, costs, and expenses to be paid by Defendant.

The parties had previously resolved the underlying overtime claims of the Plaintiff and Opt-In Plaintiffs and this settlement was approved by the Court (Dkt# 94). The settlement provided for payment of Plaintiffs' attorney's fees, costs and expenses. This Court maintained jurisdiction over the amount of attorney's fees, costs and expenses if the parties could not reach an agreement.

This Court set a due date of January 19, 2021 for Plaintiffs' counsel to submit their Motion for Fees and Costs. The parties have now agreed to the payment of $114,257.87 in attorney's fees and $6,973.73 in costs and expenses by Defendant to Plaintiffs' counsel upon approval of this agreement by this Court. The parties ask for fourteen (14) days from today to file their motion for approval of the fees and costs consistent with <u>Lynn's Food Stores, Inc., v. United States</u>, 679 F.2d 1350 (11th Cir. 1982).

Dated January 19, 2021.

s/Sean Culliton
SEAN CULLITON
FBN: 0986232
Sean Culliton, Esq., LLC
285 Pinewood Drive
Tallahassee, FL 32303
Phone: (850) 385-9455
Facsimile: (813) 441-1999
E-mail:  sean@seancullitonlaw.com

s/John C. Davis
JOHN C. DAVIS
FBN: 0827770
Law Office of John C. Davis
623 Beard Street
Tallahassee, FL 32303
(850) 222-4700
(850) 222-3119 (fax)
john@johndavislaw.net

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 21, 2021, the foregoing has been filed with the court via the CM/ECF system which sends this document via email to Benjamin Briggs, Esq. (bbriggs@cotneycl.com) and Trenton Cotney, Esq. (tcotney@cotneycl.com) Attorneys for Defendant.

*/s/ Sean Culliton*
SEAN CULLITON