# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MATTHEW THRASH,**
on behalf of himself and all
employees similarly situated,

    *Plaintiff*,

v.   CASE NO.: 4:19cv38-MW/MJF

**TADLOCK ROOFING, INC.,**
**f/k/a DALE TADLOCK**
**ROOFING, INC.,**

    *Defendant*.

_____/

## ORDER ACKNOWLEDGING
## NOTICE OF SETTLEMENT OF ATTORNEY'S FEES

Plaintiffs have filed a notice of settlement of Plaintiffs' attorney's fees. ECF No. 100. This is a Fair Labor Standards Act case; accordingly, this Court has a "duty to see that a 'reasonable attorney's fee' is paid by Defendant[]." *Zegers v. Countrywide Mortg. Ventures, LLC*, 569 F. Supp. 2d 1259, 1261 (M.D. Fla. 2008) (citing 29 U.S.C. § 216(b)). Plaintiffs shall file their motion for approval of settlement of attorney's fees on or before February 2, 2021.

**SO ORDERED on January 20, 2021.**

                                              *s/Mark E. Walker*
                                              **Chief United States District Judge**