**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MATTHEW THRASH, on behalf
of himself and all employees
similarly situated,**

      *Plaintiff*,

v.                                      **CASE NO.:  4:19cv38-MW/MJF**

**TADLOCK ROOFINGS, INC.,
f/k/a DALE TADLOCK ROOFING,
INC.,**

      *Defendant*.
_____/

**ORDER APPROVING CONSENT SETTLEMENT
OF ATTORNEY'S FEES, COSTS, AND EXPENSES**

Plaintiff, with Defendant's consent, moves this Court to approve the settlement of attorney's fees, costs, and expenses in this Fair Labor Standards Act case. ECF No. 102.

Previously, the parties had settled this case as to Plaintiff's claims, *see* ECF No. 94, but could not resolve the issue of fees, costs, and expenses. Accordingly, the parties' settlement agreement provided that the parties would continue to attempt to resolve the issue of fees, costs, and expenses. If they could not resolve the issue, it would be submitted to this Court. *See* ECF No. 93, at 5–6; ECF No. 93-1, at 8.

This Court has reviewed the proposed settlement, ECF No. 102-1, which has been independently negotiated separate from Plaintiff's claims. This Court approves the settlement.

Accordingly,

**IT IS ORDERED**:

1. Plaintiff's consented motion for approval of the settlement of attorney's fees, costs, and expenses, ECF No. 102, is **GRANTED**.

2. The parties must comply with their settlement agreement.

3. This Court retains jurisdiction to enforce the settlement.

4. The Clerk shall close the file.

**SO ORDERED on February 3, 2021.**

                         **s/Mark E. Walker**
                         **Chief United States District Judge**